UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SAMANTHA EDWARDS, Individually, and As SPECIAL ADMINISTRATRIX of the ESTATE of WILLIAM BOBBY WRAY EDWARDS, Deceased, and ARLEIGH GRAYCE EDWARDS, Deceased; and as PARENT and NEXT FRIEND for PEYTON HALE, a Minor,<br><br>Plaintiff,<br><br>v.<br><br>ERIC JAMES CORNELL THOMAS and MCELROY TRUCK LINES, INC.,<br><br>Defendants. | Case No. 4:19-CV-4018-SOH<br><br>**STIPULATED PROTECTIVE ORDER** |

Based upon the stipulation and agreement of the Plaintiffs and Defendants (collectively "Parties") and SmartDrive Systems, Inc. ("SDSI"), the Court orders as follows:

(1) "SDSI Confidential Documents" shall mean any and all documents produced by SDSI to the Parties that contain the private, confidential, proprietary, trade secret and/or protected personal or financial information of SDSI or SDSI's employees or agents. SDSI will place the words "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" at the top of each page of such documents produced to

1  so indicate the confidential nature of the document.

2      (2)    The Parties, including the Parties counsel, shall use the SDSI Confidential Documents **only** for purposes of this case, Case No. 4:19-CV-4018-SOH.

    (3)    The Parties, and their counsel shall only disclose SDSI Confidential Documents to: (a) Parties to this case, including any officers, and in-house counsel of any party to the extent reasonably necessary for purposes of prosecuting or defending this case; (b) the Parties counsel of record in this case; (c) the Parties counsel's support staff, legal assistants or employees of the Parties counsel of record who are necessary to assist in prosecuting or defending this case; and (d) the Parties experts and consultants, so long as the experts and consultants agree to be bound by the terms of this Stipulated Protective Order before being provided with SDSI Confidential Documents.

    (4)    Any SDSI Confidential Documents disclosed in any pleading, motion, deposition transcript, brief, exhibit, or other filing with the Court shall be maintained under seal. If SDSI Confidential Documents are used in any filing they should be delivered in hard copy to the Clerk's Office for filing under seal and where the SDSI Confidential Documents belong in the filing it should be replaced with a slip sheet appropriately labeled "UNDER SEAL" to indicate the exhibits or other materials have been omitted in their entirety from the public filing.

    (5)    At the conclusion of this case, including the appeals, counsel for the Parties, as well as the Parties experts and/or consultants, shall take all reasonable steps necessary to destroy all copies of SDSI Confidential Documents.

///
///
///
///
///

(6)     Nothing in this Order shall prevent the Parties or SDSI from seeking modification of this Order at any time as to specific matters designated SDSI Confidential Documents or to remove such documents from the application of this Order.

**IT IS SO ORDERED.**

DATED: 12-18-19

_____
HONORABLE JUDGE OF THE
UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
ARKANSAS

1  APPROVED, ACCEPTED AND AGREED:

2

3  Jeremy McNabb, Esq.
4  Denise Reid Hoggard, Esq.
   RAINWATER HOLT & SEXTON P.A.
5  P.O. Box 17250
6  Little Rock, AR 72222
   Phone: (800) 434-4800
7
8  _____
9  *Attorneys for Plaintiffs*

10

11 Gregory Jones, Esq.
12 WRIGHT LINDSEY & JENNINGS LLP
   200 West Capitol Ave., Suite 2300
13 Little Rock, AR 72201
14 Phone: (501) 371-0808

15
   Todd Wooten, Esq.
16 DOVER DIXON HORNE PLLC
17 425 West Capitol, Suite 3700
   Little Rock, AR 72201
18 Phone: (501) 375-9151

19

20 _____
   *Attorneys for Defendants*
21

22 J. Paul Lewis, Esq.
23 WOOD, SMITH, HENNING & BERMAN, LLP
   501 W. Broadway, Suite 1200
24 San Diego, CA 92101
25 Phone: (619) 849-4900

26 _____
27 *Attorney for SmartDrive Systems, Inc.*

28

LEGAL:10797-0001/13356219.1            -4-                 Case No. 4:19-CV-4018-SOH

# Mike Jones

| | |
|---|---|
| **From:** | Greg Jones <GJones@wlj.com> |
| **Sent:** | Wednesday, December 18, 2019 10:11 AM |
| **To:** | Mike Jones |
| **Cc:** | Denise Reid Hoggard; Jeremy McNabb; TWooten@DDH.Law |
| **Subject:** | RE: Edwards v McElroy 19-4018 |
| **Attachments:** | image001.png |

Mr Jones

This protective order relates to the Rule 30(b)(6) deposition of SmartDrive's representative and the 7 categories of materials that the representative is asked to produce. On behalf of the Defendants, so long as it is understood that the term "SDSI Confidential Documents" refers to all of the materials that SDSI's witness will be producing at tomorrow's deposition, then we have no objection to entry of the Protective Order.
Thanks
Greg Jones.

Sent from my iPhone

On Dec 18, 2019, at 7:54 AM, Mike Jones <Mike_Jones@arwd.uscourts.gov<mailto:Mike_Jones@arwd.uscourts.gov>> wrote:

As of now, the Motion for Protective Order has not been referred to Judge Bryant.

Mike Jones
Law Clerk
Hon. Barry Bryant
United States Magistrate Judge
500 North State Line Blvd., Room 202
870-773-2005

From: Denise Reid Hoggard <hoggard@rainfirm.com<mailto:hoggard@rainfirm.com>>
Sent: Tuesday, December 17, 2019 4:51 PM
To: Mike Jones <Mike_Jones@arwd.uscourts.gov<mailto:Mike_Jones@arwd.uscourts.gov>>; Jeremy McNabb <mcnabb@rainfirm.com<mailto:mcnabb@rainfirm.com>>; gjones@wlj.com<mailto:gjones@wlj.com>; TWooten@DDH.Law<mailto:TWooten@DDH.Law>
Subject: RE: Edwards v McElroy 19-4018

Also wanting to bring to the Court's attention the Motion for Protective Order filed today. SmartDrive has requested the protective order be entered prior to providing information which may otherwise be confidential or proprietary

<image001.png>

From: Mike Jones [mailto:Mike_Jones@arwd.uscourts.gov]
Sent: Tuesday, December 17, 2019 2:57 PM
To: Denise Reid Hoggard <hoggard@rainfirm.com<mailto:hoggard@rainfirm.com>>; Jeremy McNabb <mcnabb@rainfirm.com<mailto:mcnabb@rainfirm.com>>; gjones@wlj.com<mailto:gjones@wlj.com>; TWooten@DDH.Law<mailto:TWooten@DDH.Law>
Subject: Edwards v McElroy 19-4018