IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SAMANTHA EDWARDS                                                                                           PLAINTIFF
*Individually and as Special Administratrix of*
*the Estate of William Bobby Wray Edwards (Deceased),*
*Arleigh Grayce Edwards (Deceased); and Parent*
*and Next Friend of Peyton Hale (a Minor)*

vs.                                          Civil No. 4:19-cv-04018

ERIC JAMES CORNELL THOMAS and
MCELROY TRUCK LINES, INC.                                                                            DEFENDANTS

## **ORDER**

Before the Court is Plaintiff's Second Motion to Compel Discovery. ECF No. 50. This Motion was filed on January 31, 2020. On February 24, 2020, the Honorable Judge Susan O. Hickey stayed all discovery in this action related to liability and only authorized "discovery on damages during the stay." ECF No. 72 at 12.

Upon review of Plaintiff's Motion, it seeks documents related to liability, not damages. Plaintiff has categorized these documents as follows: "MEDICAL RECORDS OBTAINED BY DEFENDANT," "SMART DRIVE SYSTEMS, INC. DOCUMENTATION OF TRIGGERABLE EVENTS," "DOCUMENTATION OF DRIVING PERFORMANCE OF ERIC THOMAS," "TRIGGERING EVENTS RELATED TO DISTRACTED DRIVING," "SMARTDRIVING REPORTS RELATED TO DRIVING PERFORMANCE," and "PROTECTIVE ORDER OBJECTIONS."

While the stay Order remains in effect, the Court **DENIES** Plaintiff's Motion (ECF No. 50) without prejudice. Plaintiff's Motion may be re-urged at a later date after this stay is lifted if these issues are still contested.

1

**ENTERED this 10th day of March 2020.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE