IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SAMANTHA EDWARDS, Individually, and as
SPECIAL ADMINISTRATRIX of the ESTATE
of WILLIAM BOBBY WRAY EDWARDS, Deceased,
and ARLEIGH GRAYCE EDWARDS, Deceased; and as
PARENT and NEXT FRIEND for Peyton Hale, a Minor                    PLAINTIFF

v.                            Case No. 4:19-cv-4018

ERIC JAMES CORNELL THOMAS
and MCELROY TRUCK LINES, INC.                                      DEFENDANTS

**ORDER**

Before the Court is Plaintiff's Motion to lift the stay in these proceedings. (ECF No. 98). Defendants responded. (ECF No. 100). Defendants then filed a supplement to their response (ECF No. 102) rescinding their initial objection to the authenticity of the state criminal order included in the present motion (ECF No. 98-1).

On February 24, 2020, this Court granted Defendant's request for a stay based upon Defendants' assertion that Separate Defendant Thomas was involved in pending criminal proceedings. On December 10, 2020, Plaintiff provided the Court with the Order granting the state's motion to dismiss criminal charges against Separate Defendant Thomas. (ECF No. 98-1).

In light of this dismissal, the Court finds that the stay of this case should be and hereby is **LIFTED**. Furthermore, the parties are ordered to provide the Court with the date for oral arguments regarding the certified question pending before the Arkansas Supreme Court. (ECF No. 93). Once the Court is notified of this date, the Court will separately issue a new Final Scheduling Order, setting a new trial date and new pretrial deadlines.

**IT IS SO ORDERED**, this 8th day of January, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge