IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SAMATHA EDWARDS                                                                                          PLAINTIFF
*Individually and as Special Administratrix of*
*the Estate of William Bobby Wray Edwards (Deceased),*
*Arleigh Grayce Edwards (Deceased); and Parent*
*and Next Friend of Peyton Hale (a Minor)*

vs.                                               Civil No. 4:19-cv-04018

ERIC JAMES CORNELL THOMAS and
MCELROY TRUCK LINES, INC.                                                                         DEFENDANTS

### ORDER

Before the Court is Plaintiff's Amended Motion for Protective Order of Deposition of Peyton Hale.[1]  ECF No. 152.  Defendants responded to this Motion on September 22, 2021.  ECF No. 165.  This Motion has been referred the undersigned for consideration.  ECF No. 158.  The Court held a hearing on this Motion on September 23, 2021, and this Motion is now ripe for consideration.

Defendants seek to depose Peyton Hale, who is now thirteen years old, and was involved in the motor vehicle accident that forms the basis of this lawsuit.  With the current motion, Plaintiff seeks to restrict or bar such a deposition.  ECF No. 152.  Upon review of this Motion, the Court finds Peyton Hale is a fact witness in this action, and Defendants are entitled to take Peyton Hale's deposition.  *See, e.g., Halley v. State of Oklahoma,* 2016 WL 4995393, at *1 (E.D. Ok. Sept. 19, 2016) (allowing the deposition of a eight-year-old child with limitations).  Accordingly, for that reason and for the reasons stated at the Court's hearing on September 23, 2021, the Court finds such a protective order should be **GRANTED IN PART** and **DENIED IN PART.**

Defendants are entitled to depose Peyton Hale with the following restrictions:

---

[1] Plaintiff also filed an original motion (ECF No. 151).  Because the Amended Motion is before the Court, the original motion is **DENIED AS MOOT.**

(1) The named Plaintiff in this action may be present during the deposition;

(2) The deposition is limited to two hours in length;

(3) The deposition must take place within twenty (20) miles of Peyton Hale's home or school, or at a mutually agreed-upon location;

(4)  Plaintiff may have a retained expert present at the deposition, either in person or by video conferencing.  Any such expert may not participate in any fashion in the deposition; and

(5) The Parties are directed to contact the undersigned directly to resolve any dispute about the foregoing restrictions that occur prior to or during the deposition.

Because the discovery deadline has passed in this action, the deposition must take place within **thirty (30) days** of the date of this order.

**ENTERED this 27th day of September 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE