IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SAMANTHA KROLL, Individually; SAMANTHA
KROLL and LEAMAN "BUDDY" EDWARDS as Co-
Special Administrators of the Estate of William Bobby
Wray Edwards, Deceased; SAMANTHA KROLL as
Special Administratrix of the estate of Arleigh Grayce
Edwards, Deceased; and SAMANTHA KROLL, as
Guardian of the estate of Peyton Hale, a Minor                    PLAINTIFFS

v.                               Case No. 4:19-cv-4018

ERIC JAMES CORNELL THOMAS
and MCELROY TRUCK LINES, INC.                                     DEFENDANTS

## ORDER

On February 22, 2022, the parties informed the Court that they attended a settlement conference with United States Magistrate Judge Barry A. Bryant, and reached a settlement of all claims in the above-styled case. The parties' last status update indicated that they anticipated submitting finalized settlement documents to probate court for approval by May 2, 2022. That date has passed without further update, so it appears the parties are now awaiting approval from probate court before moving to dismiss this matter.

The Court believes the pending motions in this case—all of which relate to the now-settled claims—are moot in light of the parties' settlement. Accordingly, all pending motions (ECF Nos. 161, 193, 196, 199, 217, 229, 231, 232, 234) are **DENIED WITHOUT PREJUDICE** to the parties' ability to refile them if necessary. The parties are further directed to provide the Court with monthly updates regarding the case's status.

**IT IS SO ORDERED**, this 13th day of June, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge