IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SAMANTHA KROLL, Individually; SAMANTHA
KROLL and LEAMAN "BUDDY" EDWARDS as Co-
Special Administrators of the Estate of William Bobby
Wray Edwards, Deceased; SAMANTHA KROLL as
Special Administratrix of the estate of Arleigh Grayce
Edwards, Deceased; and SAMANTHA KROLL, as
Guardian of the estate of Peyton Hale, a Minor                          PLAINTIFFS

v.                                  Case No. 4:19-cv-4018

ERIC JAMES CORNELL THOMAS
and MCELROY TRUCK LINES, INC.                                           DEFENDANTS

## ORDER

Before the Court is the parties' Stipulation of Dismissal. (ECF No. 247).  No response is necessary.

The parties have settled this case and stipulate to the dismissal of Plaintiffs' claims with prejudice, with each side bearing their own fees and costs.  An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii). The "entry of such a stipulation of dismissal is effective automatically and does not require judicial approval."  *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984).

The instant stipulation of dismissal is signed by all parties.  Thus, Plaintiffs' claims were effectively dismissed when the stipulation was filed.  However, this order issues for purposes of maintaining the docket.

To the extent that the instant stipulation (ECF No. 247) constitutes a motion, it is **GRANTED**.  This case is **DISMISSED WITH PREJUDICE**, with the parties bearing their own fees and costs.  If any party desires that the terms of settlement be a part of the record therein,

those terms should be reduced to writing and filed with the Court within thirty days of the entry of this judgment.  The Court retains jurisdiction to vacate this order upon cause shown that the settlement has not been completed and further litigation is necessary.

    **IT IS SO ORDERED**, this 28th day of July, 2022.

                                                /s/ Susan O. Hickey  
                                              Susan O. Hickey  
                                              Chief United States District Judge