IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SAMANTHA KROLL, Individually;
SAMANTHA KROLL and
LEAMAN "BUDDY" EDWARDS,
as Co-Special Administrators of the
Estate of William Bobby Wray Edwards, Deceased;
SAMANTHA KROLL as Special Administratrix
of the Estate of Arleigh Grayce Edwards, Deceased;
and SAMANTHA KROLL, as Guardian of the Estate
of Peyton Hale, a Minor                                                    PLAINTIFFS


v.                                    Case No. 4:19-cv-4018


ERIC JAMES CORNELL THOMAS
and McELROY TRUCK LINES, INC.                                 DEFENDANTS

## ORDER

Before the Court is Defendants Eric James Cornell Thomas and McElroy Truck Lines, Inc.'s Motion to Enforce Protective Orders. ECF No. 249. Plaintiffs Samantha Kroll[1] and Leaman "Buddy" Edwards[2] have responded. ECF No. 250. Defendants have replied to Plaintiffs' response. ECF No. 251. The matter is ripe for consideration.

On October 18, 2019, and May 20, 2021, the Court entered protective orders. ECF Nos. 12, 111. Both orders required Plaintiffs to return all protected materials to Defendants within forty (40) days of the conclusion of all aspects of litigation, along with a certificate of compliance signed by Plaintiffs' counsel. On October 11, 2022, Defendants filed the instant motion, stating that, although litigation concluded on July 28, 2022, to date, Plaintiffs had not returned the protected

---

[1]Plaintiff Kroll is acting individually and as co-special administrator of William Bobby Wray Edwards's estate, special administratrix of Arleigh Gracye Edwards's estate, and guardian of Peyton Hale's estate.

[2]Plaintiff Edwards is acting as co-special administrator of William Bobby Wray Edwards's estate.

materials.  ECF No. 249.  On October 24, 2022, Plaintiffs responded, stating that since the date of

Defendants' motion, they had returned all protected materials to Defendants, along with a

certificate of compliance.  ECF No. 250.  Therefore, Plaintiffs explain, Defendants' motion (ECF

No. 249) is now moot.  Defendants replied to Plaintiffs' response, confirming that Plaintiffs have

returned all protected materials and stipulating to the fact that the instant motion (ECF No. 249) is

now moot.  ECF No. 251.

Accordingly, the Court finds that Defendants' motion (ECF No. 249) should be and

hereby is **DENIED AS MOOT**.  The Court retains jurisdiction to vacate the instant order upon

cause shown that the protective orders (ECF Nos. 12, 111) require court-ordered enforcement or

that further litigation is necessary.

**IT IS SO ORDERED**, this 5th day of December, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge